UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| ) | |
| KIM, ALEXANDER N. ) | Case No. 10-33960 MER |
| XXX-XX-7380 ) | Chapter 7 |
| FOSTER, LAURA J ) | |
| XXX-XX-6267 ) | |
|    Debtors ) | |

## APPLICATION FOR AUTHORITY TO SELL ASSETS

Douglas E. Larson, the duly qualified and acting Trustee in this case, moves this Court for an Order authorizing him to sell the debtors' interest in shares in the Missouri Heights-Mountain Meadows Irrigation Co., (Class A stock 603 shares, and 190 shares of Class B stock), hereinafter referred to as "Water Rights". The Water Rights are to be sold to .ECM Resources, Inc., McCulliss Resources Co., Inc., and George G. Vaught, Jr., hereinafter collectively referred to as ECM  This Motion is made pursuant to 11 USC 363(b) and Bankruptcy Rule 6004. In support of this Motion, the Trustee states as follows:

1. Douglas E. Larson is the duly appointed, qualified, and acting Trustee for the above-referenced bankruptcy estate.

2. Pursuant to Section 363(b)(1) of the Bankruptcy Code, the Trustee, after notice and hearing, may sell, other than in the ordinary course of business, property of the estate.

3. The debtors' interest in the Water Rights are apparently unencumbered, in that the Shares have not been pledged or delivered to any creditor and are not described in any security agreement, deed of trust or mortgage instrument. Said rights entitle the debtors to delivery of water to their property located at 69 Vista Dr., Carbondale, CO. The transfer of said rights are subject to the conditions of the Bylaws of Missouri Heights-Mountain Meadows Irrigation Co. As such the trustee and the ECM, must comply with terms and condition for transfer of the water rights, including completion of the "Agreement for Assignment Separate From Certificate", as shown on "Exhibit A" attached hereto.

4. The terms of the shares require said water rights and shares to be used in conjunction with and delivery to properties that are serviced by the same irrigation company, Missouri Heights-Mountain Meadows Irrigation Co.

4. The buyer, ECM, has agreed to purchase the estate's interest in the Note for $150,001.00.

5. The trustee has posted this property for sale and has received responses of other potential buyers of the property, but none of those buyers has submitted an offer over the existing offer to purchase from ECM. Several of the other potential buyers have expressed an interest in submitting competing bids or a higher offer on the Note once an Application was made to the court to sell the Note

6. The Trustee has filed a Motion to Approve Bidding procedures for the Note to expedite the sale of the Note in the event the trustee receives competing offers for the Note. Such Motion is awaiting approval before this Court.

7. The Motion to Approve Bidding Procedures calls for an auction to be held within ten (10) days of an Order Approving Bidding Procedures in the event that there is a qualified overbid to the present application. Accordingly, the trustee requests that the ten day stay pursuant to Fed. R. Bankruptcy Procedure 6004 be waived.

WHEREFORE, Trustee moves this Court for authorization to sell the property of the estate as outlined above, pursuant to 11 USC 363(b).

Respectfully submitted July 28, 2016.

/s/ Douglas E. Larson
Douglas E. Larson, #8363
Chapter 7 Trustee
422 White Ave, Suite 323
Grand Junction, CO 81501
(970) 245-8021 Phone
(970) 245-0590 Fax
doug@gllblaw.com

EXHIBIT A
**AGREEMENT FOR ASSIGNMENT OF SHARES**
**MISSOURI HEIGHTS-MOUNTAIN MEADOW IRRIGATION COMPANY (3 pages)**

TO THE SECRETARY or TREASURER of the MISSOURI HEIGHTS-MOUNTAIN MEADOW IRRIGATION COMPANY (the "Corporation"):

KNOW ALL MEN BY THESE PRESENTS that _____("Transferor"), whose address is _____, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the sufficiency of which is hereby acknowledged, has agreed by these presents to sell, assign, transfer and set over to _____("Transferee"), whose address is _____, pursuant to Article VI, Paragraph F of the Corporation's 2011 Amended and Restated Bylaws, to its own proper use and benefit the following:

_____shares of Class _____Stock, in the Missouri Heights-Mountain Meadow Irrigation Company.

This Assignment shall be binding upon and inure to the benefit of the parties and their respective heirs, personal representatives, successors and assigns, and shall be construed in accordance with and governed by the laws of the State of Colorado, without regard to its principles of conflicts of law. Transferee is to pay any transfer fee according to Article VI, Paragraph G of the Corporation's 2011 Amended and Restated Bylaws.

Transferor and Transferee state as follows:

1. Was the real property historically irrigated by the Corporation's shares that are the subject of this Agreement conveyed to Transferee? \_\_\_\_yes \_\_\_\_ no
   - If the answer is "no," then the Transferee agrees to comply with all provisions of Article VI, Paragraph I of the Corporation's 2011 Amended and Restated Bylaws.

2. Are all of the Corporation's shares owned by Transferor being conveyed to Transferee? \_\_\_\_yes \_\_\_\_no

3. Will the Transferee's interest in the Corporation's shares be encumbered by a stock pledge or other security pledge to give a lender a security interest in the subject shares? \_\_\_\_ yes _____ no
   - If the answer is "yes," Transferee agrees to provide Corporation with a copy of the instrument by which the Transferee is pledging such security interest within ten days of the date of this Agreement.

IN WITNESS WHEREOF, Transferor and Transferee have executed this Agreement and Transferee has agreed and accepted the terms hereof, this \_\_\_\_day of _____, 20\_\_\_.

The SECRETARY or TREASURER of the Corporation, by signing below, acknowledges the Assignment and Transfer of Shares set forth herein and has recorded the same in the records of

the Corporation, showing the transfer of ownership to the Transferee, and thus confirms the transfer of _____ shares of Class ___ stock in the Missouri Heights-Mountain Meadow Irrigation Company.

TRANSFEROR:

_____
_____

STATE OF _____ )
             ) ss.
COUNTY OF _____ )

  Acknowledged, subscribed, and sworn to before me this ____ day of _____, 20__ by a person satisfactorily identified to me as _____.

  WITNESS my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires: _____

Agreement to acceptance of assignment.

TRANSFEREE:

By: _____
_____

STATE OF _____ )
             ) ss.
COUNTY OF _____ )

  Acknowledged, subscribed, and sworn to before me this ____ day of _____, 20__ by a person satisfactorily identified to me as _____.

  WITNESS my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires: _____