UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>ALEXANDER N. KIM,<br>SSN: xxx-xx-7380<br>LAURA J. FOSTER<br>SSN: xxx-xx-6267<br><br>Debtors | Case No. 10-33960 MER<br><br>Chapter 7 |

**ORDER APPROVING SALE OF WATER RIGHTS TO DEBTORS**

Upon the Trustee's Motion to Approve Sale of Water Rights to Debtors, and it appearing that the relief requested is appropriate under the circumstances it is

ORDERED the Trustee is hereby authorized to sell the Estate's interest in Stock Certificate #18 in the Missouri Heights-Mountain Meadows Irrigation Co for 603 shares of Class A stock, and Stock Certificate #63 in the Missouri Heights-Mountain Meadows Irrigation Co. For 190 shares of Class B Stock, which evidence the Debtor's water rights for water delivered to and which irrigate the real property at Mountain Meadows Ranch Filing 2, Lot 34, Carbondale, CO. to the Debtors, for $140,000.00.

DATED: April 10, 2018

BY THE COURT

_____
UNITED STATES BANKRUPTCY JUDGE