**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| May 24, 2018 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
|---|---|
| In re:<br><br>ALEXANDER M. KIM<br>LAURA J. FOSTER<br><br>Debtors | Case No. 10-33960 MER<br><br>Chapter 7 |

Appearances:

| Trustee | Douglas Larson, Chapter 7 Trustee | Counsel | |
|---|---|---|---|
| Debtor | Alex Kim/Laura Foster | Counsel | Kenneth Buechler |
| Creditor | JP Morgan Chase | Counsel | Cynthia Lowery-Graber/Craig Scheunemann |
| Party | Cynthia Lowery-Graber | Counsel | Robert Tuchman |

Proceedings:

Status and Scheduling Conference

Orders:

The Court will take the discovery-related matters discussed under advisement.

The Court will also review the issue of the status of JP Morgan Chase's stay of foreclosure proceedings. The parties may file a statement of position on that issue if they wish, on or before **May 31, 2018.**

The 2-day evidentiary hearing on the contempt issue will commence on **Wednesday, September 5, 2018, at 10:30 a.m.** A separate scheduling order will issue.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk