IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| KIM, ALEXANDER N. ) | Case No. 10-33960 MER |
| XXX-XX-7380 ) | Chapter 7 |
| ) | |
| FOSTER, LAURA J. ) | |
| XXX-XX-6267 ) | |
| Debtors. ) | |

**JPMORGAN CHASE BANK, N.A.'S LIST OF WITNESSES AND EXHIBITS FOR HEARING ON SEPTEMBER 5 AND 6, 2018**

Creditor, JPMorgan Chase Bank, N.A. ("Chase") by and through its attorneys, hereby respectfully submits its List of Witnesses and Exhibits for the hearing set in this matter on September 5 and 6, 2018 (the "Hearing"):

**WITNESSES**

Chase **may call** the following witnesses at the Hearing:

1) Chase's Rule 30(b)(6) Deposition Representative, Dashika Wellington, via prerecorded videotape deposition transcript to provide testimony regarding: 1) Chase's knowledge of the August 4, 2016 Moratorium Order; 2) actions taken by Chase during August, 2016; 3) Chase's compliance with this Court's orders; and 4) Debtor's loan file.

2) Chase's Rule 30(b)(6) Deposition Representative, Samuel Woods, via prerecorded videotape deposition transcript to provide testimony regarding: 1) Chase's knowledge of the August 4, 2016 Moratorium Order; 2) actions taken by Chase during August 2016; 3) the electronic systems used by Chase's foreclosure department; and 4) Debtor's loan file.

1

3) Chase's Rule 30(b)(6) Deposition Representative, Laurie Smith, via prerecorded videotape deposition transcript to provide testimony regarding Chase's record keeping systems.

4) Cynthia Lowery-Graber, Bryan Cave Leighton Paisner LLP, 1700 Lincoln Street, Suite 1700, Denver, CO, 303-866-0331. Chase specifically intends to limit its inquiry to a factual inquiry about Ms. Lowery-Graber's knowledge of certain events in August 2016 and, in no way, does Chase waive any claims to attorney-client privilege.

5) Susan Hendrick, Sayer Law Firm, 9745 E. Hampden Avenue, Suite 400, Denver, CO 80231, (303) 353-2965. By so doing, Chase specifically intends to limit its inquiry to a factual inquiry about Ms. Hendrick's knowledge of certain events in August 2016 and, in no way, does Chase waive any claims to attorney-client privilege.

6) Debtor, Alexander N. Kim to provide testimony regarding Debtors' alleged damages.

7) Debtor, Laura J. Foster to provide testimony regarding Debtors' alleged damages.

8) Any witness listed as a "will call" or as a "may call" witness for the Debtors.

9) Any witness necessary for rebuttal or impeachment.

10) Any witness necessary to authenticate any document introduced at the hearing.

## EXHIBITS

Chase may introduce the following exhibits at the Hearing.

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| A | Notice of Election and Demand for Sale submitted to the Eagle County Public Trustee on August 12, 2016 | | | |

2

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| B | Withdrawal of Notice of Election and Demand for Sale recorded on August 23, 2016 and any accompanying correspondence between Chase's foreclosure counsel and the Eagle County Public Trustee | | | |
| C | Chase LPSD Notes for the Kim Loan file from June 30, 2016 to November 1, 2016 | | | |
| D | Email communications between Cynthia Lowery-Graber and Dashika Wellington dated August 18 and 19, 2016 | | | |
| | Any entry in the Court's docket for this case | | | |
| | Any Exhibit used in conjunction with depositions related to the allegations of contempt in this Case | | | |

| **Exhibit** | **Description** | **Offered** | **Admitted** | **Comments** |
|---|---|---|---|---|
| | Any Exhibits necessary for rebuttal or impeachment | | | |
| | Any Exhibits identified, offered, or introduced by Debtors | | | |

Respectfully submitted this 15th day of August, 2018.

*s/Craig K. Schuenemann*
Craig K. Schueneman, #41068
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
Telephone:   (303) 861-7000
Facsimile:    (303) 866-0200
E-mail: craig.schuenemann@bclplaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2018, a true and correct copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S LIST OF WITNESSES AND EXHIBITS FOR HEARING ON SEPTEMBER 5 AND 6, 2018** was served via electronic service using the PACER system, on the following:

Kenneth J. Buechler
Buechler & Garber, LLC
999 18th Street, Suite 1230-S
Denver, CO 80202
Also served via electronic mail at
ken@bandglawoffice.com

                                                *s/Martha A. Hammond*