**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**<u>Minutes of Proceeding</u>**

| September 5, 2018 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>ALEXANDER M. KIM,<br>LAURA J. FOSTER<br><br>    Debtors | Case No. 10-33960 MER<br><br>Chapter 7 |

ALEXANDER M. KIM,
LAURAN J. FOSTER

    Movants.

v.

JPMORGAN CHASE BANK, N.A.

    Respondent.

Appearances:

| Debtor | Alex Kim/Laura Foster | Counsel | Kenneth Buechler |
|---|---|---|---|
| Creditor | JPMorgan Chase, N.A. | Counsel | Craig Scheunemann |

Proceedings: Contempt Hearing

☒   Evidentiary Hearing
☒   Exhibits entered/admitted:  Debtors' Exhibits 1, 2, 3, 4, 5, 6, 15, 16.
☒   Witnesses Sworn:  Laura Foster, Alexander Kim.

Orders:

The Court shall take the matter under advisement for ruling.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:   *William G. Cross*
        Deputy Clerk