# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  COLORADO

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| KIM, ALEXANDER N. | § | Case No. 10-33960 MER |
| FOSTER, LAURA J. | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  11  of the United States Bankruptcy Code was filed on 09/21/2010 .  The case was converted to one under Chapter 7 on  05/09/2013 .  The undersigned trustee was appointed on  05/09/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $         208,061.14

                  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 57,827.02 |
| Bank service fees | 3,843.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

                  Leaving a balance on hand of[1]                    $         146,390.18

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/25/2014  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,653.06 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 13,653.06 , for a total compensation of $ 13,653.06 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 437.58 , for total expenses of $ 437.58 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/07/2018 _____     By:/s/DOUGLAS E. LARSON _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-33960 MER Judge: MICHAEL E. ROMERO | |
| Case Name: | KIM, ALEXANDER N. | |
| | FOSTER, LAURA J. | |
| For Period Ending: | 09/07/18 | |

| | |
|---|---|
| Trustee Name: | DOUGLAS E. LARSON |
| Date Filed (f) or Converted (c): | 05/09/13 (c) |
| 341(a) Meeting Date: | 06/14/13 |
| Claims Bar Date: | 03/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. dividend (u) | 31.14 | 31.14 | | 31.14 | FA |
| 2. Mountain Meadows Ranch Filing 2, Lot 34, Carbondal | 2,100,000.00 | 50,000.00 | OA | 0.00 | FA |
| 3. BANK ACCOUNTS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. books, pictures, etc | 250.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 750.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. SPORTING GOODS | 500.00 | 500.00 | | 0.00 | FA |
| 9. TERM INSURANCE | 800.00 | 0.00 | | 0.00 | FA |
| 10. 1969 Ford Bronco | 50,000.00 | 25,000.00 | | 24,500.00 | FA |
| 11. 2003 Mac Lander trailer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 12. 1976 airstream trailer | 55,000.00 | 0.00 | | 0.00 | FA |
| 13. OFFICE EQUIP | 700.00 | 0.00 | | 0.00 | FA |
| 14. Fusion Design assets | 17,500.00 | 18,000.00 | | 18,000.00 | FA |
| 15. misc food & dry goods | 500.00 | 0.00 | | 0.00 | FA |
| 16. DOGS/CATS | 0.00 | 0.00 | | 0.00 | FA |
| 17. 35 acres of certified weed free hay 65/35 split | Unknown | 0.00 | | 0.00 | FA |
| 18. irrigation equipment & 2 four wheelers | 1,000.00 | 0.00 | | 0.00 | FA |
| 19. lawn mower, weed trimmer, misc tools | 200.00 | 0.00 | | 0.00 | FA |
| 20. Post-filing unauthorized payments (u) | 0.00 | 24,000.00 | | 25,500.00 | FA |
| 21. 2001 Yukon Denali | 2,725.00 | 0.00 | | 0.00 | FA |
| 22. environmental quality incentive programs | Unknown | 500.00 | | 0.00 | FA |
| 23. Dragonfly Ranch | 0.00 | 30.00 | | 30.00 | FA |
| 24. Missouri-Heights-mountain stock | Unknown | 60,000.00 | | 140,000.00 | FA |
| 25. Missouri Heights - Mountain Irrigation | Unknown | 20,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,235,456.14 | $201,061.14 | | $208,061.14 | $0.00 |

(Total Dollar Amount in Column 6)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-33960 MER Judge: MICHAEL E. ROMERO | |

Exhibit A

| | |
|---|---|
| Case Name: | KIM, ALEXANDER N. |
| | FOSTER, LAURA J. |

| | |
|---|---|
| Trustee Name: | DOUGLAS E. LARSON |
| Date Filed (f) or Converted (c): | 05/09/13 (c) |
| 341(a) Meeting Date: | 06/14/13 |
| Claims Bar Date: | 03/25/14 |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST on 6/25/2018 but sent back for corrections.  Presently waiting on Admin Claims Bar date to expire on 8/30/2018.

Debtor has inquired about a resolution of claims and the trustee is presently negotiating for s settlement of all claims to expedite filing a TFR - July 17, 2017, 03:05 pm

Judgment entered July 12, 2017 in favor of trustee - water rights are free and clear of Chase claimed security interest. Debtors' objection to the sale remains unresolved.  Needs to be set for hearing and sale conducted on water rights. July 12, 2017, 03:05 pm

Hearing held on June 22 & 23 re debtors' objection to Chase claim on the mortgage.  Case administration and sale of debtors' water rights are dependent on the outcome of the claims issue - further administration of the case must await resolution of that issue - June 30, 2016, 04:57 pm

Initial Projected Date of Final Report (TFR): 09/01/14          Current Projected Date of Final Report (TFR): 06/30/18

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-33960 -MER | | Trustee Name: | DOUGLAS E. LARSON | **Exhibit B** |
|---|---|---|---|---|---|
| Case Name: | KIM, ALEXANDER N. | | Bank Name: | UNION BANK | |
| | FOSTER, LAURA J. | | Account Number / CD #: | *******1410  Checking - Non Interest | |
| Taxpayer ID No: | *******3997 | | | | |
| For Period Ending: | 09/07/18 | | Blanket Bond (per case limit): | $        0.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/20/13 | 1 | Denver Fire protection #155464 | NON-EXEMPT ASSETS | 1223-000 | 31.14 | | 31.14 |
| 12/12/13 | 20 | The Land Studio #7870 | PREFERENCE CLAIM | 1241-000 | 3,000.00 | | 3,031.14 |
| 01/03/14 | 20 | The Land Studio #7879 | PREFERENCE CLAIM | 1241-000 | 6,000.00 | | 9,031.14 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,016.14 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,001.14 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,986.14 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,971.14 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,956.14 |
| 06/02/14 | 20 | Lasalle #1142 | PREFERENCE CLAIM | 1241-000 | 6,000.00 | | 14,956.14 |
| 06/02/14 | 20 | Lasalle #023700 | PREFERENCE CLAIM | 1241-000 | 2,000.00 | | 16,956.14 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 16,941.14 |
| 06/26/14 | 20 | The Noone Law Firm #10453 | PREFERENCE CLAIM | 1241-000 | 4,250.00 | | 21,191.14 |
| 07/07/14 | 14, 23 | Foster/Kim #5135 | STIP PAYMENT | 1129-000 | 18,030.00 | | 39,221.14 |
| 07/07/14 | 200001 | US BANKRUPTCY COURT | Adv 13-1635 & 14-1001 | 2700-000 | | 586.00 | 38,635.14 |
| | | US CUSTOMS HOUSE | Pursuant to Notice of Fees due dated 5/6/14 | | | | |
| | | 721 19TH STREET | | | | | |
| | | DENVER CO 80202-2508 | | | | | |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.05 | 38,611.09 |
| 08/11/14 | 200002 | AA Automotive Diagnostics & Repair | For work on Bronco | 2500-000 | | 200.80 | 38,410.29 |
| | | 496 Harris Rd | | | | | |
| | | Grand Junction, CO 81501 | | | | | |
| 08/18/14 | 200003 | D&J Towing and Recovery, LLC | recovery agency fees | 3991-000 | | 614.80 | 37,795.49 |
| | | 2896 Hwy 50 | Pursuant to court order entered 8-15-14 | | | | |
| | | Grand Junction, CO 81503 | | | | | |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.73 | 37,743.76 |
| * 08/26/14 | | Noone Law Firm #10479 | PREFERENCE CLAIM | 1241-003 | 4,250.00 | | 41,993.76 |
| * 09/18/14 | | Noone Law Firm #10479 | PREFERENCE CLAIM | 1241-003 | -4,250.00 | | 37,743.76 |
| | | | Check returned | | | | |
| 09/18/14 | 20 | The Noone Law Firm #561819 | PREFERENCE CLAIM | 1241-000 | 4,250.00 | | 41,993.76 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 57.89 | 41,935.87 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 56.92 | 41,878.95 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

| | | | | Page Subtotals | 43,561.14 | 1,682.19 | |

Ver: 20.00j

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-33960 -MER | Trustee Name: | DOUGLAS E. LARSON | **Exhibit B** |
| Case Name: | KIM, ALEXANDER N. | Bank Name: | UNION BANK | |
| | FOSTER, LAURA J. | Account Number / CD #: | *******1410  Checking - Non Interest | |
| Taxpayer ID No: | *******3997 | | | |
| For Period Ending: | 09/07/18 | Blanket Bond (per case limit): | $          0.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/14 | 10 | auction blvd #5092 | NON-EXEMPT ASSETS | 1129-000 | 24,500.00 | | 66,378.95 |
| 11/25/14 | 200004 | DOUGLAS L. CARPENTER | AUCTIONEER EXPENSES | | | 3,953.11 | 62,425.84 |
| | | AUCTION BOULEVARD | & FEES | | | | |
| | | 1610 HWY 50 S | Pursuant to court order entered 11-25-14 | | | | |
| | | GRAND JUNCTION, CO 81503 | | | | | |
| | | | Fees              2,450.00 | 3610-000 | | | |
| | | | Expenses       1,503.11 | 3620-000 | | | |
| 11/25/14 | 200005 | Trustee Insurance Agency | Insurance costs on Bronco -  10 | 2420-000 | | 787.50 | 61,638.34 |
| | | 2813 West Main Street | Pursuant to court order entered 11-25-14 | | | | |
| | | Kalamazoo, MI 49006 | | | | | |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 65.84 | 61,572.50 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 95.46 | 61,477.04 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 91.79 | 61,385.25 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 91.35 | 61,293.90 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 82.39 | 61,211.51 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 91.07 | 61,120.44 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.03 | 61,032.41 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 90.82 | 60,941.59 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.76 | 60,853.83 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 90.56 | 60,763.27 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 90.42 | 60,672.85 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.37 | 60,585.48 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 90.15 | 60,495.33 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.12 | 60,408.21 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 89.90 | 60,318.31 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 89.51 | 60,228.80 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 83.62 | 60,145.18 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 89.24 | 60,055.94 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 86.25 | 59,969.69 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.99 | 59,880.70 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 86.00 | 59,794.70 |

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-33960 -MER |
| Case Name: | KIM, ALEXANDER N. |
| | FOSTER, LAURA J. |
| Taxpayer ID No: | *******3997 |
| For Period Ending: | 09/07/18 |

Exhibit B

| | |
|---|---|
| Trustee Name: | DOUGLAS E. LARSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1410  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.73 | 59,705.97 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.60 | 59,617.37 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 85.62 | 59,531.75 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.34 | 59,443.41 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 85.37 | 59,358.04 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.09 | 59,269.95 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.19 | 59,181.76 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.56 | 59,102.20 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.94 | 59,014.26 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 84.98 | 58,929.28 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.68 | 58,841.60 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 84.74 | 58,756.86 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.43 | 58,669.43 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.30 | 58,582.13 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 84.36 | 58,497.77 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 87.04 | 58,410.73 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 84.12 | 58,326.61 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 86.79 | 58,239.82 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 86.66 | 58,153.16 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.17 | 58,074.99 |
| 04/13/18 | 24 | Buechler & Garber #1528 | NON-EXEMPT ASSETS | 1129-000 | 140,000.00 | | 198,074.99 |
| 05/30/18 | 200006 | Benjamin Skeen | attorney for estate expenses | | | 43,906.81 | 154,168.18 |
| | | Skeen & Skeen, PC | & fees | | | | |
| | | 217 East 7th Ave. | Pursuant to court order dated 5/18/18 | | | | |
| | | Denver, CO 80203 | | | | | |
| | | | Fees           43,687.50 | 3210-000 | | | |
| | | | Expenses        219.31 | 3220-000 | | | |
| 05/30/18 | 200007 | BALCOMB & GREEN PC | attorney for estate expenses | 3210-000 | | 5,536.00 | 148,632.18 |
| | | PO Drawer 790 | & fees | | | | |
| | | Glenwood Springs CO 81602 | pursuant to court order dated 5-23-18 | | | | |
| 06/12/18 | 200008 | Dennis & Company, PC | accountant expenses | | | 2,242.00 | 146,390.18 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Page Subtotals          140,000.00          53,404.52

Ver: 20.00j

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-33960 -MER | | Trustee Name: | DOUGLAS E. LARSON | **Exhibit B** |
|---|---|---|---|---|---|
| Case Name: | KIM, ALEXANDER N. | | Bank Name: | UNION BANK | |
| | FOSTER, LAURA J. | | Account Number / CD #: | *******1410  Checking - Non Interest | |
| Taxpayer ID No: | *******3997 | | | | |
| For Period Ending: | 09/07/18 | | Blanket Bond (per case limit): | $      0.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 8400 East Crescent Parkway, Suite 600 | & fees | | | | |
| | | Greenwood Village, CO 80111 | Pursuant to court order entered 6-5-18 | | | | |
| | | | Fees              2,205.00 | 3410-000 | | | |
| | | | Expenses            37.00 | 3420-000 | | | |

|  |  | COLUMN TOTALS | 208,061.14 | 61,670.96 | 146,390.18 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 208,061.14 | 61,670.96 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 208,061.14 | 61,670.96 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******1410 | 208,061.14 | 61,670.96 | 146,390.18 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 208,061.14 | 61,670.96 | 146,390.18 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 07, 2018 |

Case Number:  10-33960
Debtor Name:  KIM, ALEXANDER N.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | US BANKRUPTCY COURT<br>US CUSTOMS HOUSE<br>721 19TH STREET<br>DENVER CO 80202-2508 | Administrative | | $586.00 | $586.00 | $0.00 |
| 999<br>2500-00 | AA Automotive Diagnostics & Repair<br>496 Harris Rd<br>Grand Junction, CO 81501 | Administrative | | $200.80 | $200.80 | $0.00 |
| 001<br>3991-00 | D&J Towing and Recovery, LLC<br>2896 Hwy 50<br>Grand Junction, CO 81503 | Administrative | | $614.80 | $614.80 | $0.00 |
| 001<br>3610-00 | DOUGLAS L. CARPENTER<br>AUCTION BOULEVARD<br>1610 HWY 50 S<br>GRAND JUNCTION, CO 81503 | Administrative | | $3,953.11 | $3,953.11 | $0.00 |
| 999<br>2420-00 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo, MI 49006 | Administrative | | $787.50 | $787.50 | $0.00 |
| 001<br>3210-00 | Benjamin Skeen<br>Skeen & Skeen, PC<br>217 East 7th Ave.<br>Denver, CO 80203 | Administrative | | $43,906.81 | $43,906.81 | $0.00 |
| 001<br>3210-00 | BALCOMB & GREEN PC<br>PO Drawer 790<br>Glenwood Springs CO 81602 | Administrative | | $5,536.00 | $5,536.00 | $0.00 |
| 001<br>3410-00 | Dennis & Company, PC<br>8400 East Crescent Parkway, Suite 600<br>Greenwood Village, CO 80111 | Administrative | | $2,242.00 | $2,242.00 | $0.00 |
| 001<br>2700-00 | US BANKRUPTCY COURT<br>US CUSTOMS HOUSE<br>721 19TH STREET<br>DENVER CO 80202-2508 | Administrative | | $350.00 | $0.00 | $350.00 |
| 000008<br>001<br>2950-00 | United States Trustee<br>999 18th Street, Suite 1551<br>Denver, CO 80202 | Administrative | | $650.00 | $0.00 | $650.00 |
| 000001<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>PO Box 15145<br>Wilmington, DE 19850 | Unsecured | | $15,145.32 | $0.00 | $15,145.32 |
| 000002A<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>PO Box 15145<br>Wilmington, DE 19850 | Unsecured | | $40,842.69 | $0.00 | $40,842.69 |
| 000003<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>PO Box 15145<br>Wilmington, DE 19850 | Unsecured | | $40,961.52 | $0.00 | $40,961.52 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: September 07, 2018

Case Number:  10-33960
Debtor Name:  KIM, ALEXANDER N.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 | JPMorgan Chase Bank, N.A. PO Box 15145 Wilmington, DE 19850 | Unsecured | | $31,716.18 | $0.00 | $31,716.18 |
| 000005 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $20,074.72 | $0.00 | $20,074.72 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $20,738.62 | $0.00 | $20,738.62 |
| 000007A 050 4110-00 | JP Morgan Chase Bank N.A 10790 Rancho Bernardo Rd. San Diego, CA 92127 | Secured | | $2,265,294.11 | $0.00 | $2,265,294.11 |
| | Case Totals: | | | $2,493,600.18 | $57,827.02 | $2,435,773.16 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Printed: 09/07/18 10:46 AM   Ver: 20.00j

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-33960 MER
Case Name: KIM, ALEXANDER N.
        FOSTER, LAURA J.
Trustee Name: DOUGLAS E. LARSON

Balance on hand                                      $         146,390.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007A | JP Morgan Chase Bank N.A | $ 2,265,294.11 | $ 2,265,294.11 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors        $              0.00

Remaining Balance                            $        146,390.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DOUGLAS E. LARSON | $ 13,653.06 | $ 0.00 | $ 13,653.06 |
| Trustee Expenses: DOUGLAS E. LARSON | $ 437.58 | $ 0.00 | $ 437.58 |
| Attorney for Trustee Fees: BALCOMB & GREEN PC | $ 5,536.00 | $ 5,536.00 | $ 0.00 |
| Accountant for Trustee Fees: Dennis & Company, PC | $ 2,205.00 | $ 2,205.00 | $ 0.00 |
| Accountant for Trustee Expenses: Dennis & Company, PC | $ 37.00 | $ 37.00 | $ 0.00 |
| Auctioneer Fees: DOUGLAS L. CARPENTER | $ 2,450.00 | $ 2,450.00 | $ 0.00 |
| Auctioneer Expenses: DOUGLAS L. CARPENTER | $ 1,503.11 | $ 1,503.11 | $ 0.00 |
| Charges: US BANKRUPTCY COURT | $ 586.00 | $ 586.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Fees: United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Other: D&J Towing and Recovery, LLC | $ 614.80 | $ 614.80 | $ 0.00 |
| Other: AA Automotive Diagnostics & Repair | $ 200.80 | $ 200.80 | $ 0.00 |
| Other: Trustee Insurance Agency | $ 787.50 | $ 787.50 | $ 0.00 |
| Other: Benjamin Skeen | $ 43,687.50 | $ 43,687.50 | $ 0.00 |
| Other: Benjamin Skeen | $ 219.31 | $ 219.31 | $ 0.00 |
| Other: US BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses     $   15,090.64

Remaining Balance     $   131,299.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,479.05  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  77.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | JPMorgan Chase Bank, N.A. | $ 15,145.32 | $ 0.00 | $ 11,733.45 |
| 000002A | JPMorgan Chase Bank, N.A. | $ 40,842.69 | $ 0.00 | $ 31,641.82 |
| 000003 | JPMorgan Chase Bank, N.A. | $ 40,961.52 | $ 0.00 | $ 31,733.89 |
| 000004 | JPMorgan Chase Bank, N.A. | $ 31,716.18 | $ 0.00 | $ 24,571.30 |
| 000005 | Capital One Bank (USA), N.A. | $ 20,074.72 | $ 0.00 | $ 15,552.37 |
| 000006 | Capital One Bank (USA), N.A. | $ 20,738.62 | $ 0.00 | $ 16,066.71 |

Total to be paid to timely general unsecured creditors          $          131,299.54

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE