(COB #228 voApp4CompReimExpNew)(03/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

    Alexander N. Kim
    Laura J. Foster

Debtor(s)

Case No.: 10−33960−MER
Chapter: 7

SSN/TID
Nos.    xxx−xx−7380
         xxx−xx−6267

## ORDER APPROVING APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

Dated: 10/16/18

BY THE COURT:

s/ Michael E. Romero
Chief United States Bankruptcy Judge